# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1041
_____

MAYOR MICHELE MILLER,

    Appellant,

    v.

DONALD T. WALKER, as Chair of
the Committee to Recall Mexico
Beach Mayor Michele Miller,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
James J. Goodman, Judge.

December 11, 2024

PER CURIAM.

The Court dismisses the appeal as moot. The Court denies all pending motions as moot.

LEWIS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Leonard M. Collins of GrayRobinson, P.A., Tallahassee, for Appellee.